IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | |
| | § | CAUSE NO. DR-18-4417M (1) |

IVAN DOMINGUEZ-RAMIREZ

## WAIVER OF PRELIMINARY HEARING AND/OR DETENTION HEARING
(Rule 5 or 32.1, Fed.R.Crim.P.)

**Preliminary Hearing**

I, IVAN DOMINGUEZ-RAMIREZ, charged in a complaint pending in this District, and having appeared before this court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed.R.Crim.P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

Yo, IVAN DOMINGUEZ-RAMIREZ, el acusado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliéndose con el reglamento 5 o 32.1 de los Reglamentos de Procedimiento Penal Federal, por este medio renuncio a (abandono) mi derecho a una audiencia preliminar.

_Ivan Dominguez R._
Defendant

**Detention Hearing**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive (give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza. Me han informado que en la audiencia para fijar fianza, el juez recibirá pruebas para poder determinar si seguirá detenido sin fianza, o si me fijarán fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a juicio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

_Ivan Dominguez R._
Defendant

5-17-18
Date

_Bianca Roche Del Rio_
Attorney for Defendant